# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BRIAN LAMAR PEARSON** | : | **NO. 04-433** |

## ORDER

**NOW**, this 1st day of May, 2024, upon consideration of the defendant's request for early termination of supervised release (Doc. No. 63) and the government's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is **TERMINATED**.

_____
TIMOTHY J. SAVAGE, J.